## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KLEIMIS WLADIMIR RONDON DUDAMEL, : | |
| Petitioner, : | |
| : | |
| v.        : | Civil No. 2:26-cv-03562-JLS |
| : | |
| JL JAMISON, *et al.*, : | |
| Respondents.    : | |

## ORDER

**AND NOW**, this 28th day of May, 2026, **IT IS HEREBY ORDERED** that Respondents shall file any opposition to the request for the petition for a writ of habeas corpus on or before **June 2, 2026,  at 5:00 PM.**

BY THE COURT:

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL**
United States District Court Judge