**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **KLEIMIS WLADIMIR RONDON DUDAMEL,** | **:** | |
| **Petitioner,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil No. 2:26-cv-03562-JLS** |
| | **:** | |
| **JL JAMISON, *et al.*,** | **:** | |
| **Respondents.** | **:** | |

**ORDER**

**AND NOW**, this 9th day of June, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 8), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.